UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
IN RE: JURY ISSUE                   )
                                    )  Civil Action No. 07-mc-289 (RMC)
                                    )
_____)

**ORDER**

This matter comes before the Court on Juror Christine Madison's Motion for an Order to Show Cause requiring the District of Columbia and State Superintendent of Education Deborah Gist (collectively "the District") to appear and show cause why the District of Columbia Office of the State Superintendent of Education did not violate the Jury System Improvements Act, 28 U.S.C. § 1875, and wrongfully discharge Ms. Madison by reason of her jury service. *See* [Dkt. #4] The District of Columbia and State Superintendent of Education Deborah Gist filed an opposition to Ms. Madison's motion on November 11, 2007, *see* [Dkt. #6], and Ms. Madison filed her reply in support of her motion thereafter. *See* [Dkt. #7]. Upon consideration of Ms. Madison's Motion for an Order to Show Cause, the District's opposition and Ms. Madison's reply, the Court will grant Ms. Madison's motion. Accordingly, it is hereby

**ORDERED** that the Motion for an Order to Show Cause [Dkt. #4] is **GRANTED**; and it is

**FURTHER ORDERED** that a status conference be set by the Deputy Clerk of this Court, so that a Show Cause hearing may be scheduled.

**SO ORDERED.**

DATE: November 28, 2007                    _____/s/_____
                                           ROSEMARY M. COLLYER
                                           United States District Judge