**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| v. | ) **Case No. 1:04-cr-128-23** |
| | ) |
| **LARRY GOOCH** | ) |
| | ) |
| | ) |
| **IN RE: JURY ISSUE** | ) **Case No. 1:07-mc-289** |
| | ) |
| | ) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court:

   Please formally enter the appearance of Grace B. Culley as co-counsel with Cary M. Feldman for Petitioner Christine Madison in Case Number 1:07-mc-289.

                                                  Respectfully submitted,


                                                  ___/s/ Grace B. Culley_____
                                                  Grace B. Culley (D.C. Bar. No. 486713)
                                                  Feldesman Tucker Leifer Fidell LLP
                                                  2001 L Street, NW, Second Floor
                                                  Washington, D.C. 20036
                                                  Phone: 202 • 466 • 8960
                                                  Fax: 202 • 973 • 8103

November 28, 2007

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 28th day of November 2007, I caused a true and correct copy of the foregoing to be to be served upon all counsel of record via the Court's electronic filing system.

                                                  ___/s/ Grace B. Culley___
                                                  Grace B. Culley