UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE MADISON, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | Civil Action No. 07-mc-289 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| *Defendant*. ) | |

## JOINT PRE-TRIAL STATEMENT

I. **Statement of the Case**

Petitioner: This action is brought by Plaintiff Christine Madison against her former employer, the District of Columbia Office of State Superintendent of Education ("OSSE" or the "District"), pursuant to the Jury System Improvements Act, 28 U.S.C. § 1875 ("Juror Act"). While Ms. Madison was employed as a Staff Assistant with OSSE in 2007, she served as a juror in this Court on a four-month, capital murder trial. Ms. Madison claims that she was treated differently than her similarly-situated co-workers who were not serving jury duty, and was intimidated, coerced and wrongfully discharged from employment by reason of her jury service.

The District: Ms. Madison was hired in May of 2006 on a thirteen-month, term appointment, as a Staff Assistant in the OSSE.In January of 2007, Ms. Madison was summoned for jury service, and was selected as a juror. She served from February of 2007 to early June of 2007. During Ms. Madison's jury service, she continued to receive her full pay and benefits, and her duties were divided up among remaining employees. When Ms. Madison's contract expired on or about June 14, 2007, it was not renewed. No one was hired to replace her.

This Court has jurisdiction over this action pursuant to Section 1875(d)(1) of the Juror Act. ("An individual claiming that his employer has violated the provisions of [the Juror Act]

may make application to the district court for the district in which such employer maintains a place of business").

II.     **Statement of Plaintiff's Claims**

Ms. Madison claims against OSSE are for wrongful termination by reason of her jury service and for other violations of the Juror Act.

III.    **Statement of Defenses**

The decision not to renew Ms. Madison's contract was not related in any way to her jury service. Ms. Madison had no legitimate entitlement to the renewal of the contract; Ms. Madison was hired under a longstanding procedure that conferred no rights under the District's Comprehensive Merit Personnel Act ("CMPA"). The District here complied at all times with local and federal law, and with the Constitution. The Jury Service Improvements Act ("JSIA"), 28 U.S.C. § 1875, does not apply here, because petitioner, by her own admission, was a temporary, term employee, and the JSIA applies only to "permanent employees."

IV.     **Schedule of Witnesses**

   A.   **Plaintiff's Witnesses**

        *Expects to present:*

        1. Christine Madison, 5218 12th Street, NE, Washington, D.C. 20011. Ms. Madison will be called to testify about her employment with the District of Columbia, her co-workers and supervisor at OSSE, her jury service, and the circumstances surrounding her discharge from employment. Two – three hours.

        2. Marsha Proctor, address unknown (witness to be made available by District of Columbia). Ms. Proctor will be called to testify about her employment with the

District of Columbia government, and her detail of employment to OSSE. One to two hours.

3. <u>Patricia McCreary</u>, address unknown (witness to be made available by District of Columbia). Ms. McCreary will be called to answer human resources-related questions about Ms. Madison's co-workers at OSSE, and the personnel records which were produced by the District of Columbia during discovery in this case. Ms. McCreary will further be called to testify about Ms. Madison's employment with and discharge from OSSE. One to two hours.

4. <u>Jo Ann Smoak</u>, address unknown (witness to be made available by District of Columbia). Dr. Smoak will be called to testify about her role as Director of Operations of OSSE, Ms. Madison's employment with and discharge from OSSE, and Ms. Madison's co-workers at OSSE. Two to three hours.

*May call if need arises:*

5. <u>Anthonisha Felton</u>, address unknown (witness to be made available by District of Columbia). Ms. Felton will be called to testify about her employment with OSSE, and her communications with Ms. Madison, Dr. Smoak, and others at OSSE. Thirty minutes to one hour.

6. <u>Ronald Pitts</u>, address unknown (witness to be made available by District of Columbia). Mr. Pitts will be called to testify about his employment with OSSE, and his communications with Ms. Madison, Dr. Smoak, and others at OSSE. Thirty minutes to one hour.

7. <u>Mutinda Parris</u>, address unknown (witness to be made available by District of Columbia). Mr. Parris will be called to testify about his employment with

OSSE, and his communications with Ms. Madison, Dr. Smoak, and others at OSSE. Thirty minutes to one hour.

B. **Defendant's Witnesses**

*Expects to present:*

1. <u>Jo Ann Smoak</u>, OSSE. Dr. Smoak will be called to testify about Ms. Madison's employment with the District of Columbia, her co-workers, and the circumstances surrounding the non-renewal of Ms. Madison's contract. Two – three hours.

2. <u>Patricia McCreary</u>, D.C. Department of Human Resources/Executive Office of the Mayor. Ms. McCreary will be called to testify about the D.C. personnel-hiring process generally, and Ms. Madison's term appointment. One to two hours.

V. **Exhibit Lists**

A. **Plaintiff's Exhibits**

1. June 7, 2007 letter from Christine Madison to chambers, U.S. District Judge Rosemary M. Collyer. (Expects to offer)

2. June 12, 2007 letter from U.S. District Judge Rosemary M. Collyer to Christine Madison. (May offer if need arises)

3. August 3, 2007 letter from Cary M. Feldman and Grace B. Culley to Jo Ann Smoak. (May offer if need arises)

4. August 10, 2007 letter from Deborah Gist to Cary M. Feldman and Grace B. Culley. (May offer if need arises)

5. Declaration of J. Smoak, Nov. 13, 2007. (Expects to offer)

6. Respondent's Response to Petitioner's Interrogatories, April 11, 2008. (Expects to offer)

7. Portions of Anthonisha Felton's personnel file. Documents therein Ms. Madison expects to offer: Notification of Personal Action forms, D.C. Government Employment Application, Job Vacancy Announcement #6701, employment history printout, and Position Descriptions. The remainder of Ms. Felton's personnel file may be offered if the need arises.

8. Portions of Bachir Kabbara's personnel file. Documents therein Ms. Madison expects to offer: Personnel Action forms, Notification of Personnel Action forms, and employment history printout. The remainder of Mr. Kabarra's personnel file may be offered if the need arises.

9. Entire contents of Christine Madison's personnel file, including, but not limited to, all time records, notification of personnel actions, employment applications, and all correspondence. (Expects to offer)

10. Portions of Diane Scroggins's personnel file. Documents therein Ms. Madison expects to offer: Offer letters of employment, Notification of Personnel Action forms, and employment history printout. The remainder of Ms. Scroggins's personnel file may be offered if the need arises.

11. Portions of Marsha Proctor's personnel file. Documents therein Ms. Madison expects to offer: Offer letters of employment, Notification of Personnel Action forms, D.C. Government Employment Application, Request for Processing Competitive & Non-Competitive Appointments forms, Position

Descriptions, and employment history printout. The remainder of Ms. Proctor's personnel file may be offered if the need arises.

12. Portions of Mutinda Parris's personnel file. Document therein Ms. Madison expects to offer: Offer letters of employment, and Notification of Personnel Action forms. The remainder of Mr. Parris's personnel file may be offered if the need arises.

13. Portions of Ronald Pitts's personnel file. Documents therein Ms. Madison expects to offer: Offer letters of employment, Notification of Personnel Action forms, employment history printout, Position Descriptions, D.C. Government Employment Application, Performance Evaluation, and July 23, 24, and 30, 2007 email exchange between Jo Ann Smoak, Patricia McCreary, Zelalem Hill, Mutinda Parris, and Stacy Williams. The remainder of Mr. Pitts's personnel file may be offered if the need arises.

14. All email correspondence produced by the District during discovery. (Expects to offer)

15. District of Columbia, Department of Employment Services, case file for Christine Madison. (May offer if need arises)

16. Demonstrative Exhibit, charting Ms. Madison's and her OSSE co-workers' personnel histories. (Expects to offer)

B.  **Defendant's Exhibits**

1. Respondent's Response to Petitioner's Interrogatories, April 11, 2008.

2. Declaration of J. Smoak, Nov. 13, 2007.

3. Letter, Aug. 10, 2007, from Deborah Gist to counsel re: Christine Madison.

6

    4. Request for Separation Information, Dept. of Employment Services, Aug. 9, 2007.

    5. E-mail, May 4, 2007, from J. Smoak to M. Parris, P. McCreary re: "Christine Madison nte," Bates No. 00059.

    6. E-mail, Apr. 13, 2007, from C. Madison to R. Pitts re: RE: Phone Bills, Bates No. 00060.

    7. E-mail, May 31, 2007, from J. Smoak to Zelalem Hill, M. Parris, P. McCreary re: "RE: Christine Madison," Bates No. 00066.

    8. Letter, May 25, 2007, from J. Smoak to C. Madison re: expiration of term appointment.

    9. Notification of Personnel Action, eff. June 15, 2007.

## VI. **Itemization of Damages Sought By Plaintiff**

1. Back wages that Ms. Madison would have received at the DS-301-09 salary rate, had she not been terminated (June 15, 2007 through the date of judgment).

## VII. **Other Relief Sought By Plaintiff**

1. Reinstatement to employment with the District of Columbia in the same or comparable position as Staff Assistant.

2. Retroactive restoration of all employee benefits from June 15, 2007 to the date of judgment, including credit for accrued leave and credit for service computation applicable to District of Columbia retiree benefits.

3. An Order enjoining the District of Columbia from further Juror Act violations as to Ms. Madison.

4. An Order imposing a civil fine upon OSSE in accordance with Section (b)(3) of the Juror Act.

5. Attorney's fees and costs.

DATE: June 9, 2008                Respectfully submitted,

        /s/ Cary M. Feldman
Cary M. Feldman (D.C. Bar No. 202747)
Grace B. Culley (D.C. Bar. No. 486713)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, Second Floor
Washington, D.C. 20036
Phone: 202 • 466 • 8960
Fax: 202 • 973 • 8103
*Attorneys for Christine Madison*


PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

        /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431

        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
E-mail: andy.saindon@dc.gov
*Attorneys for the District of Columbia*