UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CHRISTINE MADISON,** | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) ) | Civil Action No. 07-mc-289 (RMC) |
| **DISTRICT OF COLUMBIA** | ) ) ) | |
| *Defendant*. | ) ) | |

## STIPULATION

The parties in the above-captioned action, by and through their undersigned counsel, hereby agree and stipulate as follows:

1. Plaintiff's pre-marked Exhibits 12 through 17, and all of their subparts, are admissible into evidence during the trial of this case. These Exhibits, which were produced by the District during discovery in this case, contain portions of the personnel records of Plaintiff's former co-workers at the District of Columbia State Education Office ("SEO")/Office of the State Superintendent of Education ("OSSE").

2. The following information may not in every case reflect the actual dates of the referenced actions or be complete.

3. Plaintiff's Exhibit 12 consists of selections of Mutinda Parris's personnel file, and reflects the following personnel and employment-history information:

   a. Mr. Parris was hired into the position of Risk Management Specialist/ Management Analyst (CS-301-11/04) in SEO's Operations Department pursuant to a thirteen-month Term Appointment. His Term Appointment was effective on June 12, 2006, with a not-to-exceed ("NTE") date of July 11, 2007.

  b. On July 2, 2007, Mr. Parris applied for a Management Analyst position in SEO.

  c. On July 12, 2007, Mr. Parris' Term Appointment as a Management Analyst at SEO's Operations Department was extended, with a new NTE date of August 8, 2008.

  d. On July 12, 2007, Mr. Parris was selected for the position of Management Analyst (CS-343-12/01), at SEO's Operations Department pursuant to 13-month Term Appointment. His Term Appointment was effective July 22, 2008, with an NTE date of August 21, 2008.

4. Plaintiff's Exhibit 13 consists of selections of Diane Scroggins's personnel file, and reflects the following personnel and employment-history information:

  a. Ms. Scroggins was hired into the position of Program Analyst (DS-343-12/08) in SEO's Operations Department pursuant to a thirteen-month Term Appointment. Her Term Appointment was effective on February 19, 2006, with an NTE date of March 18, 2007.

  b. Ms. Scroggins' Term Appointment as a Program Analyst in SEO's Operations Department was extended on March 19, 2007.

  c. In response to Job Vacancy Announcement #6822, Ms. Scroggins applied for a Program Analyst position at SEO on June 1, 2007.

  d. Ms. Scroggins was selected for a Career Appointment in the position of Program Analyst (DS-343-12/05) at SEO's Operations Department, effective June 24, 2007.

    e. Ms. Scroggins was converted back to a Term Appointment in the position of Program Analyst (DS-343-12/05) at SEO's Operations Department, effective November 25, 2007, with an NTE date of December 24, 2008.

5. Plaintiff's Exhibit 14 consists of selections of Bachir Kabbara's personnel file, and reflects the following personnel and employment-history information:

    a. Mr. Kabbara was appointed to a four-year Term Appointment in SEO's Operations' Department as a Database Manager (DS-301-14/01), effective May 18, 2006, with an NTE date of May 13, 2007.

    b. Mr. Kabbara's Term Appointment as a Database Manager at SEO's Operations Department was extended on May 14, 2007, with a new NTE date of June 13, 2008.

6. Plaintiff's Exhibit 15 consists of selections of Anthonisha Felton's personnel file, and reflects the following personnel and employment-history information:

    a. Ms. Felton began working in SEO's Operations Department on May 1, 2006 as a Staff Assistant (DS-301-11/01). She was appointed to a thirteen-month Term Appointment, effective May 1, 2006, with an NTE date of May 31, 2007.

    b. In response to Job Vacancy Announcement # 6701, Ms. Felton applied for a Staff Assistant position in SEO on May 10, 2007.

    c. Ms. Felton was selected for a Career Appointment in the position of Staff Assistant (DS-301-11/02) at SEO's Operations Department, effective May 27, 2007.

      d.  Ms. Felton was converted to a Term Appointment in the position of Program Analysts (DS-343-12/01) at SEO's Operations Department, effective March 31, 2008, with an NTE date of April 29, 2009.

7.  Plaintiff's Exhibit 16 consists of selections of Ronald Pitts's personnel file, and reflects the following personnel and employment-history information:

      a.  Mr. Pitts was hired into the position of Information Technology Specialist/Data Management (DS-2210-13/04) in SEO's Operations Department pursuant to a thirteen-month Term Appointment. His Term Appointment was effective on October 2, 2006, with an NTE date of November 1, 2007.

      b.  On August 5, 2007, Mr. Pitts' position as an Information Technology Specialist at SEO's Operations Department was changed to Staff Assistant (301-11/10), with an NTE date of November 1, 2007.

      c.  Mr. Pitts' Term Appointment as a Staff Assistant at SEO, Operations was extended on November 11, 2007, with a new NTE date of December 1, 2008.

      d.  On November 21, 2007, Mr. Pitts was issued a written Performance Evaluation. He received a "2" rating on that Evaluation.

8.  Plaintiff's Exhibit 17 consists of selections of Marsha's Proctor's personnel file, and reflects the following personnel and employment-history information:

      a.  Ms. Proctor was appointed to a twelve-month Temporary Appointment as a Staff Assistant (DS-301-07/08) at SEO, effective October 6, 2003, with an NTE date of October 5, 2004.

b. Ms. Proctor was converted to a thirteen-month Term Appointment in the position of Staff Assistant (DS-301-09/04) at SEO, effective October 30, 2005, with an NTE date of November 29, 2006.

c. On April 16, 2006, Ms. Proctor was transferred as a Staff Assistant to the Executive Office of the Mayor, Support Services, and given a new NTE date of May 17, 2007.

d. On May 18, 2007, Ms. Proctor's NTE date was extended to June 17, 2008.

e. On July 24, 2007, Ms. Proctor applied for a Staff Assistant position at SEO.

f. Ms. Proctor was hired on a thirteen-month Term Appointment as a Staff Assistant in SEO's Operations Department, effective September 16, 2007, with an NTE date of October 15, 2008.

Respectfully submitted,

____/s/ Grace B. Culley_____
Cary M. Feldman (D.C. Bar No. 202747)
Grace B. Culley (D.C. Bar. No. 486713)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, Second Floor
Washington, D.C. 20036
Telephone: (202) 466-8960
Facsimile: (202) 973-8103
*Attorneys for Christine Madison*


PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

      /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431

      /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov
*Attorneys for the District of Columbia*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 14th day of July 2008, I served a copy of the foregoing Stipulation upon all counsel of record via the Court's Electronic Filing System.

                                        /s/ Grace B. Culley
                                        Grace B. Culley