UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINE MADISON,**  )<br>  )<br>*Plaintiff,*  )<br>  )<br>v.  )<br>  )<br>**DISTRICT OF COLUMBIA**  )<br>  )<br>*Defendant.*  )<br>  ) | Civil Action No. 07-mc-289 (RMC) |

## JOINT NOTICE REGARDING RECEIPT OF TRIAL TRANSCRIPT

In accordance with this Court's Minute Entry Order, dated July 17, 2008, the parties hereby respectfully notify the Court that they have received the entire transcript of the trial proceedings held in the above-styled case on July 15 and 16, 2008. Both parties were in receipt of the trial transcript by today, August 25, 2008. Accordingly, the parties will file their briefs containing proposed findings of fact and conclusions of law no later than thirty (30) days from the date of this filing.

Respectfully submitted,

\_\_\_\_/s/ Grace B. Culley_____
Cary M. Feldman (D.C. Bar No. 202747)
Grace B. Culley (D.C. Bar. No. 486713)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, Second Floor
Washington, D.C. 20036
Telephone: (202) 466-8960
Facsimile: (202) 973-8103
*Attorneys for Christine Madison*


PETER J. NICKLES
Acting Attorney General for the District of Columbia

>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>_____/s/ Ellen A. Efros_____
>ELLEN A. EFROS, D.C. Bar No. 250746
>Chief, Equity Section I
>441 Fourth Street, N.W., 6th Floor South
>Washington, D.C. 20001
>Telephone: (202) 442-9886
>Facsimile: (202) 727-0431
>
>_____/s/ Andrew J. Saindon_____
>ANDREW J. SAINDON, D.C. Bar No. 456987
>Assistant Attorney General
>Equity I Section
>441 Fourth Street, N.W., 6th Floor South
>Washington, D.C. 20001
>Telephone: (202) 724-6643
>Facsimile: (202) 727-0431
>andy.saindon@dc.gov
>*Attorneys for the District of Columbia*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 25th day of August 2008, I served a copy of the foregoing Joint Notice Regarding Receipt of Trial Transcript upon all counsel of record via the Court's Electronic Filing System.

>_____/s/ Grace B. Culley_____
>Grace B. Culley